# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Court C 

Petty ☐ Misdemeanor ☐ Felony ✓ USAO No.: _____ Case No.: **CR 21-275**

Charging Document: **Indictment** No. of Defendants: **9** Total No. of Counts: **66** Sealed: Y ☐

Forfeiture: Y ✓ OCDETF: Y ✓ McGirt: Y ☐ Warrant ✓ Summons ☐ Notice ☐ N ✓
N ☐ N ☐ N ✓ Companion Case No. (if any): _____

**DEFENDANT INFORMATION:** By: lcn

| Name: CESAR ALEJANDRO FONSECA-ECHAVARRIA | OCT 05 2021 |
|---|---|

| Alias(es): | Address: |
| | FBI No.: |
| DOB: XX-XX-1990 | SSN: XXX-XX-XXXX | Race: Hispanic | Interpreter: Y ✓ N ☐ |
| Sex: M ✓ F ☐ | Juvenile: Y ☐ N ✓ | Language/Dialect: Spanish | |

**DEFENDANT STATUS/RECOMMENDATION:** **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

✓ Not in Custody   ✓ Detention Requested   Complaint: Y ✓  N ☐
☐ Type of Bond: _____
☐ In Custody at: _____   Magistrate Judge Case No.: MJ- 21-524-STE
Inmate/Prisoner/Register No.: _____   Previously Detained: Y ☐ N ✓

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender   Name: _____   AUSA: Thomas Snyder
☐ CJA Panel         Address: _____   Agent/Agency: HSI
☐ Retained          Phone: _____   Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Drug Conspiracy | 21 U.S.C. § 841(b)(1)(A) - NLT 10 years, NMT LIFE imprisonment, $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |
| 5, 29, 42 | 21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 2 | Distribution of Methamphetamine; Aiding and Abetting | 21 U.S.C. § 841(b)(1)(A) - NLT 10 years, NMT LIFE imprisonment, $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |
| 11 | 21 U.S.C. § 841(a)(1) | Distribution of Heroin | 21 U.S.C. § 841(b)(1)(B) - NLT 5 years, NMT 40 years imprisonment, $5,000,000 fine, or both; NLT 4 years S/R; $100 S/A |
| 13, 15, 18, 21, 23, 26, 28, 33, 35, 37, 39, 41, 43, 45 | 21 U.S.C. § 843(b) | Unlawful Use of a Communication Facility | NMT 4 years imprisonment, $250,000 fine, or both; NMT 1 year S/R; $100 S/A |

Signature of AUSA: s/ THOMAS B. SNYDER   Date: 10/05/2021

**RECEIVED**
OCT 05 2021
Clerk, U.S. District Court
WEST.DIST.OF OKLA.

3/21

# CRIMINAL COVERSHEET
# U.S. District Court, Western District of Oklahoma

Name: <u>**CESAR ALEJANDRO FONSECA-ECHAVARRIA**</u>

## CHARGING DETAILS (cont'd)

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 14, 16, 19 | 21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 2 | Possession of Methamphetamine with Intent to Distribute; Aiding and Abetting | 21 U.S.C. § 841(b)(1)(B) - NLT 5 years, NMT 40 years imprisonment, $5,000,000 fine, or both; NLT 4 years S/R; $100 S/A |
| 17, 20 | 21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 2 | Possession of Heroin with Intent to Distribute; Aiding and Abetting | 21 U.S.C. § 841(b)(1)(C) - NMT 20 years imprisonment, $1,000,000 fine or both; NLT 3 years S/R; $100 S/A |
| 22, 27, 38, 40 | 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with Intent to Distribute | 21 U.S.C. § 841(b)(1)(A) - NLT 10 years, NMT LIFE imprisonment, $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |
| 24, 34, 44 | 21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 2 | Possession of Methamphetamine with Intent to Distribute; Aiding and Abetting | 21 U.S.C. § 841(b)(1)(A) - NLT 10 years, NMT LIFE imprisonment, $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |
| 25 | 21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 2 | Possession of Heroin with Intent to Distribute; Aiding and Abetting | 21 U.S.C. § 841(b)(1)(B) - NLT 5 years, NMT 40 years imprisonment, $5,000,000 fine, or both; NLT 4 years S/R; $100 S/A |
| 36 | 21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 2 | Distribution of Methamphetamine; Aiding and Abetting | 21 U.S.C. § 841(b)(1)(B) - NLT 5 years, NMT 40 years imprisonment, $5,000,000 fine, or both; NLT 4 years S/R; $100 S/A |
| 46 | 21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 2 | Distribution of Fentanyl; Aiding and Abetting | 21 U.S.C. § 841(b)(1)(B) - NLT 5 years, NMT 40 years imprisonment, $5,000,000 fine, or both; NLT 4 years S/R; $100 S/A |
| 48 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | NMT 20 years imprisonment, $500,000 fine or both, (or twice the value of the property involved in the transaction, whichever is greater); NLT 3 years S/R; $100 S/A |
| Forfeiture Allegations | 18 U.S.C. § 924(d)<br>18 U.S.C. § 982(a)(1)<br>21 U.S.C. § 853<br>28 U.S.C. § 2461(c) | Criminal Forfeiture | |

Signature of AUSA: <u>  s/ THOMAS B. SNYDER  </u>  Date: <u>10/05/2021</u>