|    | Date    | Event |
|----|---------|-------|
| 1  | 3/4/22  | Motions to dismiss the indictment that do not rely upon evidentiary materials outside the face of the indictment |
| 2  | 3/4/22  | Motions pursuant to Rule 12(b)(3)(A) or (B) (defects in instituting the prosecution or in the indictment) |
| 3  | 3/4/22  | Notices pursuant to Rule 12.2 (insanity; mental condition) or 12.3 (public authority) |
| 4  | 3/4/22  | Motions which, if granted, would result in a trial of this case, or of any defendant, in a judicial district other than the Western District of Oklahoma |
| 5  | 3/4/22  | Motions for bill of particulars |
| 6  | 3/25/22 | Responses to 1, 2, 4, 5 |
| 7  | TBD     | Hearing on motions that are at issue |
| 8  | 3/25/22 | Government disclose pursuant to Rule 16(a)(1)(F) (examinations and tests) |
| 9  | 3/25/22 | Government expert disclosure pursuant to Rule 16(a)(1)(G) |
| 10 | 5/6/22  | Defense disclosure pursuant to Rule 16(b)(1)(B) (examinations and tests) |
| 11 | 5/6/22  | Defense expert disclosure pursuant to Rule 16(b)(1)(C)(i) |
| 12 | 5/13/22 | Motions seeking severance of defendants, or counts, under Rule 14, or on any other basis |
| 13 | 5/13/22 | Motions to dismiss that are based on materials outside the face of the indictment |
| 14 | 5/13/22 | Motions to suppress or exclude evidence (including statements by defendants) or testimony as having been obtained contrary to law (including motions for *Franks* hearing) |
| 15 | 5/13/22 | Motions for *Jackson-Denno* hearing |
| 16 | 5/13/22 | Motion for *James* hearing |
| 17 | 7/8/22  | Responses to 12, 13, 14, 15 |
| 18 | TBD     | Hearing on motions (excluding *James* hearing) |
| 19 | 8/12/22 | Government to file summary of evidence (for *James* hearing purpose only) that (1) a conspiracy existed, (2) the declarant and the defendant were both members of the conspiracy, and (3) the statements were made in the course of and in furtherance of the conspiracy. The summary will also include, as to |

|    |          | |
|----|----------|---|
|    |          | each defendant filing a *James* motion, a compendium of the defendant's co-conspirator statements. |
| 20 | TBD      | *James* Hearing |
| 21 | 8/26/22  | Motions challenging the admissibility of expert testimony under *Daubert*/Rule 702 |
| 22 | 9/9/22   | Rule 404(b) notices |
| 23 | 9/23/22  | Applications for subpoena pursuant to Rule 17(a) or (c) |
| 24 | 9/23/22  | Motions in limine seeking to exclude evidence on any basis not subject to an earlier deadline, or seeking a pretrial determination that evidence is admissible |
| 25 | 9/23/22  | All other motions not otherwise provided for in this schedule (except motions as to which a clear showing is made that the matter could not reasonably have been anticipated prior to this deadline) |
| 26 | 9/23/22  | Responses to 21 |
| 27 | 9/30/22  | Production by government of *Brady* or *Giglio* material not previously produced |
| 28 | 9/30/22  | Production by government of Jencks Act (18 U.S.C. § 3500) material not previously produced |
| 29 | TBD      | Hearing on *Daubert*/Rule 702 motions |
| 30 | 10/7/22  | Responses to 24, 25 |
| 31 | 10/18/22 | Requested jury instructions and verdict forms |
| 32 | 10/18/22 | Objections to proposed jury instructions |
| 33 | 10/18/22 | Trial briefs, required voir dire, and proposed summary of the indictment |
| 34 | TBD      | Hearing on pending motions, final pretrial conference, and preliminary conference with respect to jury instructions |
| 35 | 11/1/22  | Jury selection and trial |