IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Oklahoma City, OK

Date: November 9, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CR-21-275-C |
| CESAR ALEJANDRO FONSECA -ECHAVARRIA, ET AL | ) ) ) | |
| | ) | |
| Defendants. | ) | |

ENTER ORDER:

    Joint Motion to Declare Case a Complex Federal Criminal Matter Extending Time to File Motions and Continuing the Jury Trial Date, Dkt. No 112, is held in abeyance until a conference can take place among the Court and Counsel. For now, the motion filing deadline is stricken. Counsel will be contacted regarding convenient dates for conference.

                                        **Carmelita Shinn, Clerk**

                                        **By: /s/Willia Y. Harmon____**

                                        **Deputy Clerk**

**cc:**    **All counsel of record**