# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> -vs- ) <br> ) <br> **CESAR ALEJANDRO FONSECA-** ) <br> **ECHAVARRIA, et al.,** ) <br> ) <br> **Defendants.** ) | Case No. **CR-21-275-C** |

## ORDER

Before the Court is the United States' Joint Motion of Continuance, filed July 21, 2022. (Doc. 192.) Defendants Jose Andreas Fonseca-Echavarria and Cesar Alejandro Fonseca-Echavarria do not object and join in the requested continuance. In light of the circumstances discussed in the motion to continue, the Court finds the interests of justice are served for a continuance to the Court's October 2022 trial docket.

Specifically, the Court finds that the best interests of the public and the defendant in a speedy trial are outweighed by need for a continuance for the following reasons: (1) the need for additional time for pretrial preparation, including the review of significant discovery and the potential for review of additional discovery; (2) the possible resolution of the matter short of trial; and (3) the need for joinder of the two defendants for trial. Further, the Court notes that defense counsel does not object to this requested continuance.

In making these findings, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B) and has concluded that a continuance to the Court's October 2022 trial

docket is fully consistent with the statutory policies. Therefore, the period of delay caused by continuing this case shall be excluded for purposes of the Speedy Trial Act.

Accordingly, the Court GRANTS the Joint Motion for Continuance, STRIKES this case from the Court's August 2022 trial setting, and RESETS this case on the Court's October 2022 trial docket. All pending deadlines will be reset accordingly.

IT IS SO ORDERED this 22nd day of July 2022.

ROBIN J. CAUTHRON
United States District Judge